UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    N.C. DANCY                                   CASE NO. 20-46638-PJS
                                                CHAPTER 13
                                                HONORABLE PHILLIP J. SHEFFERLY

            DEBTOR.
_____/
JAMES P. FREGO II (P55727)
Attorney for Debtor
23843 Joy Road
Dearborn Heights, MI 48127
(313) 724-5088
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

## PROOF OF SERVICE

    CRAIG S. SCHOENHERR, SR., being duly sworn, says that on the 9th day of July, 2020, a copy of the Objection of Santander Consumer USA Inc. dba Chrysler Capital to Confirmation of Debtor's Chapter 13 Plan and this Proof of Service was served upon

| | |
|---|---|
| Krispen S. Carroll | James P. Frego II |
| Trustee | Attorney at Law |
| 719 Griswold, Suite 1100 | 23843 Joy Road |
| Detroit, MI 48226 | Dearborn Heights, MI 48127 |

electronically pursuant to the court notice of service, and to those not electronically registered by placing documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

        O'REILLY RANCILIO P.C.

        */s/ Craig S. Schoenherr, Sr.*
        _____
        CRAIG S. SCHOENHERR, SR. (P32245)
        Attorney for Creditor
        12900 Hall Road, Suite 350
        Sterling Heights, MI  48313-1151
        (586) 726-1000
        ecf@orlaw.com

DATED:  July 9, 2020